1044

[No. 27775-1-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER ANTON LINDAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04870-1, Vicki L. Hogan, J., entered August 8, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Armstrong, J. Now published at 114 Wn. App. 1.

[No. 27934-7-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON J. FREED, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01583-6, Thomas Felnagle, J., entered October 5, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 28032-9-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN CLAY CLAUSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00709-0, Stephen M. Warning, J., entered October 25, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Seinfeld, J. Now published at 113 Wn. App. 657.

[No. 28067-1-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GAYLE ELLEN BURGY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00234-9, James E. Warme, J., entered November 8, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Seinfeld, J.